UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ELIAS R. CAMACHO, Jr., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. EP-12-CV-40-RFC |
| | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Defendant*. | § | |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff, **Elias R. Camacho, Jr.**, respectfully submits the following Exhibit List, pursuant to the Court's Trial Order and Local Rule CV-16(e)(4).

Respectfully submitted,

**DOMINGUEZ & COYLE, P.L.L.C.**
2515 N. Stanton Street
El Paso, TX 79902
(915) 532-5544
(915) 532-5566 Fax

By:  */s/ Lynn Coyle*
**LYNN A. COYLE**
Texas Bar No. 24050049
**CHRISTOPHER C. BENOIT**
Texas Bar No. 24068653

-AND-

**ENRIQUE MORENO**
Texas Bar No. 14430500
**LAW OFFICES OF ENRIQUE MORENO**
701 Magoffin Avenue
El Paso, Texas 79901
(915) 533-9977
(915) 533-0033 Fax

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2014 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    */s/   Lynn Coyle*
                                                   **LYNN COYLE**

## EXHIBIT LIST

| EXH. NO. | DESCRIPTION | OFFERED | ADMITTED | NOT ADMITTED |
|---|---|---|---|---|
| P-1 | Bank Robbery Video | | | |
| P-2 | Still shots from Bank robbery video | | | |
| P-3 | El Paso Police Department Special Bulletin | | | |
| P-4 | Federal Bureau of Investigation ("FBI") 302 Report regarding Joel Galindo | | | |
| P-5 | FBI 302 Report regarding Melissa Ramos | | | |
| P-6 | FBI 302 Report regarding Blanca Chavez | | | |
| P-7 | FBI Official Release regarding bank robbery | | | |
| P-8 | FBI 302 Report regarding Martha Valles | | | |
| P-9 | FBI 302 Report regarding Jay Tolbert | | | |
| P-10 | Notes regarding anonymous tip of bank robbery suspect | | | |
| P-11 | Notes of database check of routing number for bank account of CoPart | | | |
| P-12 | Notes of database checks and background checks of Elias Camacho | | | |
| P-13 | Notes of database checks regarding Arminda "Amy" Ramirez | | | |
| P-14 | Notes regarding surveillance of Elias Camacho | | | |
| P-15 | FBI 302 reports regarding transportation of Elias Camacho to Magistrate | | | |
| P-16 | Elias Camacho arrest documents | | | |
| P-17 | Criminal Complaint and Probable Cause Statement/Affidavit | | | |

| | | | | |
|---|---|---|---|---|
| P-18 | Department of Motor Vehicle Searches of Arminda "Amy" Ramirez and Elizabeth Colonche | | | |
| P-19 | FBI 302 report regarding SA Cannella communications | | | |
| P-20 | Emails between SA Cannella, SA Hughes, Casey, Tidwell, Gillespie, Perez, and Detective Arturo Ruiz regarding tips, photos, and photo lineups | | | |
| P-21 | Communications between SA Cannella and AUSA Gardes | | | |
| P-22 | FBI 302 reports regarding Arminda "Amy" Ramirez | | | |
| P-23 | FBI 302 report regarding Elias Camacho interview | | | |
| P-24 | FBI 302 report regarding summary of communications between SA Cannella and AUSAs | | | |
| P-25 | Veronica Camacho's consent to search and receipt of Elias Camacho's computer and MapQuest printout | | | |
| P-26 | Copy of Bank of America check from CoPart to Gustavo Espinoza | | | |
| P-27 | Elias Camacho's Capital Bank Deposit Receipts | | | |
| P-28 | Reassignment of SA Cannella off the First Federal Bank robbery case approved by Hector Camarillo | | | |
| P-29 | Documentation regarding bank robber, Raul Gallegos | | | |
| P-30 | FBI 302 report regarding Vivian Garcia interview | | | |
| P-32 | FBI 302 report regarding Veronica Camacho | | | |
| P-33 | FBI 302 report regarding Octavio Amaro interview from Therm-O-Link | | | |

| P-34 | Statement by Elias Camacho, Jr. | | | |
|---|---|---|---|---|
| P-35 | Elias Camacho's consent to polygraph interview | | | |
| P-36 | FBI 302 report regarding Elias Camacho, Sr. interview | | | |
| P-37 | Google Maps Travel Summaries | | | |
| P-38 | FBI 302 report regarding photo lineup identification by Melissa Ramos | | | |
| P-39 | FBI 302 report regarding photo lineup identification by Blanca Chavez | | | |
| P-40 | FBI 302 report regarding Alex Bustamante interview | | | |
| P-41 | FBI 302 report regarding evidence response | | | |
| P-42 | FBI 302 report regarding initial suspects | | | |
| P-43 | Notes regarding witness statements of Ochoa and Saldaña | | | |
| P-44 | FBI 302 reports regarding witness interviews with Bernice Mercado and Aurelio Vargas | | | |
| P-45 | SA Cannella's notes on Camacho interview | | | |
| P-46 | FBI investigative notes from SA Tidwell, Perez, Cordero, Casy, and Byers | | | |
| P-47 | Blanca Chavez photo lineup identification | | | |
| P-48 | Acknowledgment of rights prior to arrest | | | |
| P-49 | Legal Handbook for Special Agents – Probable Cause | | | |
| P-50 | SA Cannella's summary of Camacho investigation | | | |
| P-51 | Search warrant affidavit | | | |
| P-52 | Teller Cash Count for January 12, 2010 | | | |
| P-53 | Order of Dismissal | | | |

Plaintiff reserves the right to use and refer to exhibits on Defendant's Exhibit List, as yet unknown.

Plaintiff reserves the right to submit additional exhibits, the need for which cannot be reasonably anticipated at the present time, for purposes of rebuttal or impeachment, should the need arise.