UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ELIAS R. CAMACHO, JR., <br> Plaintiff, | § § § § | |
| v. | § | EP-12-CV-40-RFC |
| UNITED STATES OF AMERICA, <br> Defendant. | § § § § | |

## FINAL JUDGMENT

In accordance with the Findings of Fact and Conclusions of Law entered in the above-captioned and numbered cause:

It is ordered that Judgment is hereby entered in favor of Plaintiff Elias R. Camacho, Jr., against Defendant the United States of America. It is ordered that Plaintiff is awarded judgment against Defendant in the amount for $402,000. Plaintiff is not entitled to prejudgment interest. Post-judgment interest is awarded on the total damages amount of $402,000 at a rate of 0.14%.

It is further ordered that the instant case is hereby closed and any pending motions are denied as moot.

**SIGNED and ENTERED on March 23, 2015.**

_____
**ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**